# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL CASTRO-LOPEZ,

    Defendant.

Case No. 2:09-CR-00016-KJD-PAL

**ORDER**

Before the Court for consideration is the Report of Findings and Recommendation (#23) of Magistrate Judge Peggy A. Leen entered August 24, 2009, recommending that Defendant's Motion to Strike Prior Unlawful Deportations from the Indictment (#21) be denied. Objections (#24) to the Magistrate Judge's Report and Recommendation were filed by Defendant MANUEL CASTRO-LOPEZ pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada. The Government filed a response in opposition (#25) to the objections.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#23) of the United States Magistrate Judge entered August 24, 2009, should be **ADOPTED** and **AFFIRMED**.

1      IT IS THEREFORE ORDERED that the Magistrate Judge's Report of Findings and

2 Recommendations (#23) entered August 24, 2009, are **ADOPTED** and **AFFIRMED**, and

3 Defendant's Motion to Strike Prior Unlawful Deportations from the Indictment (#21) is **DENIED**.

4      DATED this 24th day of September 2009.

 

                                         _____
                                         Kent J. Dawson
                                         United States District Judge